UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RANDALL CAWLEY NEWMAN, II, | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | )   No. 1:25-cv-00458-JAW |
| | ) |
| PENOBSCOT COUNTY DISTRICT ATTORNEY'S OFFICE, | ) <br> ) <br> ) |
| Defendant. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION AND DISMISSING MOTION TO AMEND COMPLAINT**

On September 11, 2025, Randall Cawley Newman, II, acting pro se, filed a complaint against the Penobscot County District Attorney's Office (District Attorney), complaining about the District Attorney's allegedly improper interrogation of him, the blocking of judge-approved calls from the Penobscot County Jail, the securing of an indictment against him based on allegedly perjured testimony, the violating of his rights to a speedy trial, and the delay of his habeas corpus petition pending in state court. *Compl.* at 1-5 (ECF No. 1). Mr. Newman demands that this Court dismiss all pending charges and order an investigation into the District Attorney's alleged perjury. *Id.* at 4. Mr. Newman "humbly ask[s] the court" to award him "$8 Million in damages." *Id.*

On September 12, 2025, the Magistrate Judge granted his motion to proceed without prepayment of fees and costs, *Order* (ECF No. 5), but she recommended that this Court dismiss Mr. Newman's complaint. *Recommended Decision After Prelim.*

*Review* (ECF No. 6) (*Recommended Decision*).  On September 22, 2025, Mr. Newman moved to amend his complaint and objected to the Magistrate Judge's recommended decision.  *Mot. to Am. Compl. Pursuant to Fed. R. Civ. P. 15(a)* (ECF Nos. 7, 9) (*Mot. to Am.*).  On September 23, 2025, the Magistrate Judge denied his motion to amend complaint.  *Order* (ECF No. 8).  On September 29, 2025, Mr. Newman moved the Magistrate Judge to reconsider her recommended decision and her denial of his motion to amend complaint, *Response to Mot. to Dismiss and Mot. for Recons.* (ECF No. 10), and on October 2, 2025, the Magistrate Judge denied his motion for reconsideration.  *Order* (ECF No. 12).

The Court has performed a de novo review of the Magistrate Judge's orders recommending dismissal of Mr. Newman's complaint and denying his motion to amend his complaint.  First, the Court affirms over Mr. Newman's objection the Magistrate Judge's recommendation that his complaint be dismissed.  In her September 12, 2025 recommended decision, the Magistrate Judge listed three flaws fatal to Mr. Newman's complaint: (1) sovereign immunity, (2) Mr. Newman's pending state court case, and (3) the failure to state a claim.  *Recommended Decision* at 1-2.  In his objection to her recommended decision, Mr. Newman failed to address any of these bases for dismissal.  In the Court's view, the Magistrate Judge was entirely correct in concluding that his claims could not proceed in this Court against the District Attorney's Office for the reasons she explained.

Second, the Court affirms the Magistrate Judge's denial of his motion to amend his complaint.   In his proposed amended complaint, Mr. Newman adds the Penobscot

Judicial Center, the Public Defenders' Office of Maine, the Penobscot County Sheriff's Office and the Maine Department of Health and Human Services as potential defendants. *Mot. to Am.*, Attach. 2, *Am. Compl. under 42 U.S.C. § 1983*. In his proposed amended complaint, Mr. Newman seeks to blame the Penobscot Judicial Center, the Penobscot County Sheriff's Office, and Maine Department of Health and Human Services because they allegedly failed to act to protect his son from his daughter. Assuming Mr. Newman is correct, he does not explain why the alleged failure of these entities to act properly toward his daughter should result in a substantial award to him. In short, his amended complaint is futile.

The Court AFFIRMS the Magistrate Judge's Recommended Decision (ECF No. 6) and DISMISSES Randall Cawley Newman, II Complaint (ECF No. 1) without prejudice and AFFIRMS the Magistrate Judge's order denying Mr. Newman's Motion to Amend (ECF No. 7, 8).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of October, 2025